AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Timlin, Robert J. | USDC/CACD/WESTERN DIVISION | May 8, 2007 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Article III Judge<br>Senior Status | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial **X** Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>January 1, 2006 -<br>December 31, 2006 |
|---|---|---|

| 7. Chambers or Office Address<br><br>312 N Spring Street, Room 233<br>Los Angeles CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | TRUSTEE | TRUST #1 |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

RECEIVED 2007 MAY 15 A 9:47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 12/31/06 | State of California, Public Employees Retirement System, Retirement Benefits | $ 978.00 |
| 2 | 12/31/06 | State of California, Judges Retirement System, Retirement Benefits | $ 123,377 |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | ☒ NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) | B (1) Amt. Code1 (A-H) | B (2) Type (e.g. div., rent or int.) | C (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D (1) Type (e.g., buy, sell, merger, redemption) | D (2) Date: Month-Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Wells Fargo Bank Account (X) | | | | | | | | | See note in Part VIII |
| 2 Common stock - General Electric | A | Div | J | T | | | | | |
| 3 Common stock - AT&T | A | Div | J | T | | | | | |
| 4 Common stock - Microsoft | A | Div | J | T | | | | | |
| 5 World Savings Bank Account | D | Int. | L | T | | | | | |
| 6 Altura Credit Union Account (X) | | | | | | | | | See note in Part VIII |
| 7 Common stock - Direct TV Group | | None | J | T | Buy | 10/19 | J | | |
| 8 | | | | | Part Sold | 12/6 | J | A | See note in Part VIII |
| 9 Washington Mutual Bank, FA (X) | | | | | | | | | See note in Part VIII |
| 10 Legacy Treasury Direct (U.S. Treasury Bills)(X) | E | Int. | N | T | | | | | See note in Part VIII |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

| 68 | | | | | | | | | | . |
|---|---|---|---|---|---|---|---|---|---|---|

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Timlin, Robert J. | 5/7/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1) Part VII, page 1, line 1: The Wells Fargo Bank account is a non-income producing checking account.

2) Part VII, page 1, line 6: The income and value of the Altura Credit Union account declined below the required reporting income and value.

3) Part VII, page 1, line 9: The Washington Mutual Bank account is a non-income producing checking account.

4) part VII, page 1, line 10: This asset constitutes 90 day and 180 day U.S. Treasury bills which my spouse and I purchased during the reporting year 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████ Date 5/8/07

NOTE: A█████████████████Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)